UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re SHIRLEY REMMERT,<br><br>          Petitioner, | Case Number: CV07-03825 CRB<br>**CV07-03826CRB**<br>**CV07-03827CRB**<br>**CV07-03828CRB**<br><br>**CERTIFICATE OF SERVICE** |

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 2, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Shirley V. Remmert 1112552
Women's Correctional Center
Dorm C-34
1590 Maple Street
Redwood City, CA 94063

Dated: August 2, 2007

                                                Richard W. Wieking, Clerk
                                                By: Barbara Espinoza, Deputy Clerk